## The People of the State of Illinois, Defendant in Error, v. May Armstrong, Plaintiff in Error.

### Gen. No. 20,039.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed and remanded. Opinion filed March 23, 1915.

### Statement of the Case.

Information by the People of the State of Illinois charging May Armstrong with living with one Christian H. Schaeffer in an open state of fornication.

To reverse a judgment of conviction defendant prosecutes this writ of error.

A. L. WILLIAMS, for plaintiff in error; GEORGE H. SUGRUE, of counsel.

MACLAY HOYNE and EDWARD E. WILSON, for defendant in error; MALCOLM B. STERRETT, of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

FORNICATION, § 1*—*when evidence insufficient.* On an information charging fornication and alleging defendant to be unmarried where the evidence shows that defendant was married, a judgment of conviction will be reversed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.